**Walter de Jesus MONTERROSA–CRUZ, a.k.a. Walter De Jesus Monterrosa, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73071.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Kaye A.Y. Evans, Esquire, Beverly Hills, CA, for Petitioner.

OIL, Annette Marie Wietecha, Carol Federighi, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Walter De Jesus Monterrosa–Cruz, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order summarily affirming his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The agency denied Monterrosa–Cruz's request for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), for failure to submit his fingerprints by the deadline imposed by the IJ. *See* 8 C.F.R. § 1003.47(c). The agency, however, did not have the benefit of our intervening decision in *Cui v. Mukasey*, 538 F.3d 1289 (9th Cir.2008), which held that refusing to continue proceedings for fingerprint processing may be an abuse of discretion. We remand for the agency to reconsider its denial of Monterrosa–Cruz's application in light of *Cui*, 538 F.3d at 1292–95; *see also Karapetyan v. Mukasey*, 543 F.3d 1118, 1129–32 (9th Cir.2008).

**PETITION FOR REVIEW GRANTED; REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.